

John S. Richard
Director

Brad Henry
Governor

STATE OF OKLAHOMA
DEPARTMENT OF CENTRAL SERVICES

June 4, 2010

Mark Barrett
Barrett Law Office
101 East Gray, Suite C
Norman, OK 73069-7257

RE:   Tort Claim of:       Paris Powell
Risk Management No:        1020007293

Dear Mr. Barrett:

The Office of the Oklahoma Attorney General has completed the process of evaluating the above-referenced tort claim. After careful consideration of the facts, your client's claim is hereby denied. The basis for the denial of your client's claim includes, but is not limited to, no finding of "actual innocence" of Mr. Powell as defined and required by the Governmental Tort Claims Act 51 O.S. § 154 (B), prosecutorial immunity of State employees and no negligence on the part of the State.

You have the right, under Oklahoma law, to differ with the decision to deny your client's tort claim. The right to seek compensation by suit in District Court may be restricted by the limitations period prescribed by law.

Sincerely,

Tammy Knoch
Senior Claims Specialist
Risk Management Division