IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PARIS LaPRIEST POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-10-1294-D |
| | ) |
| ROBERT BRADLEY MILLER, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF PARIS POWELL'S RESPONSE TO MOTION
TO DISMISS OF DEFENDANT OKLAHOMA COUNTY**

Plaintiff Powell confesses that Defendant County's motion to dismiss should be granted on the ground that the Oklahoma County Sheriff, rather than Oklahoma County itself should be named in an action based on actions of sheriff personnel.

Mr. Powell therefore asks that the Court issue a dismissal without prejudice to refiling as to Defendant Oklahoma County only.

Respectfully submitted,

/s/Mark Barrett
**MARK BARRETT**, OBA # 557
P.O. Box 896
Norman, Oklahoma 73070
405-364-8367
405-366-8329 (fax)
barrettlaw@sbcglobal.net


*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

  I certify that on this 11th[h] day of May, 2011, I electronically transmitted the attached document to Clerk of Court using the ECF System for filing and transmittal and also noticed the following ECF registrants: John Jacobsen, Assistant District Attorney, Oklahoma City, Oklahoma, johjac@oklahomacounty.org.; Murray Abowitz, P.O. Box 1937, Oklahoma City, Oklahoma, 73101, mainmail@abowitzlaw.com; George Corbyn, 211 N. Robinson Ave., Suite 1910, Oklahoma City, Oklahoma 73102, gcorbyn@corbynhampton.com; Kayce Gisinger, P.O. Box 1937, Oklahoma City, Oklahoma 73101, mainmail@abowitzlaw.com; Amy Pierce , 211 N. Robinson, Suite 1910, Oklahoma City, Oklahoma 73102, apierce@corbynhampton.com; Amy Steele, P.O. Box 1937, Oklahoma City, Oklahoma 73101, ars@abowitzlaw.com; Victoria Tindall, Oklahoma Attorney General's Office, 313 N.E. 21st St., Oklahoma City, Oklahoma 73105, victoria.tindall@oag.ok.gov; John Hadden, Oklahoma Attorney General's Office, 313 N.E. 21st St., Oklahoma City, Oklahoma 73105, john.hadden@oag.state.ok.us.

               /s/ Mark Barrett
               MARK BARRETT